FILED

08/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0395

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0395

L.B.,
Plaintiff-Appellant,
v.
UNITED STATES OF AMERICA, et al.
Defendants-Appellees.

**ORDER**

Pursuant to MRAP 26(1), Plaintiff-Appellant L.B. is given an extension of time until October 15, 2021, in which to prepare, file, and serve Plaintiff-Appellant L.B.'s opening brief in this matter.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 24 2021